IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re   Nathan J. Brown | ) | Chapter 13 |
| | ) | |
| Debtor | ) | No.15-17749-SR |
| | ) | |
| | ) | |

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan After Confirmation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor