IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :   CHAPTER 13
                                    :
Nathan J. Brown                     :   No. 15-17749-SR
        Debtor

ORDER

AND NOW, this_____ day of _____, 2017, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED, that the debtor's confirmed plan is modified to reflect that $13,566.00 has been paid to the Trustee and the Debtor shall pay $779.00 per month for 40 months for a total base amount of $44,726.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

**Dated: July 12, 2017**

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE