**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Nathan J Brown<br>　　　Debtor<br>-----------------------------------------------<br><br><br>U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-ABF1, Mortgage Pass-Through Certificates, Series 2003-ABF1<br>　　　　　　Movant<br>v.<br><br>Nathan J Brown<br>　　　　　Respondent<br><br>Frederick L. Reigle, Trustee<br>　　　　　Additional Respondent | Case Number: 15-17749-sr<br><br>CHAPTER: 13<br><br><br><br>RELATED DOCUMENT: |

**PRAECIPE TO WITHDRAW NOTICE OF PAYMENT CHANGE**

　　　Kindly withdraw the Notice of payment change of U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-ABF1, Mortgage Pass-Through Certificates, Series 2003-ABF1 filed on 04/09/2018, under the Claim Register, Claim# 2 without prejudice.


　　　　　　　　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　Stern & Eisenberg, PC

　　　　　　By:　　/s/ Christopher M. McMonagle, Esquire
　　　　　　　　　　Christopher M. McMonagle, Bar No: 316043
　　　　　　　　　　Stern & Eisenberg, P.C.
　　　　　　　　　　1581 Main Street, Suite 200
　　　　　　　　　　Warrington, PA 18976
　　　　　　　　　　cmcmonagle@sterneisenberg.com
　　　　　　　　　　Phone: 215-572-8111
　　　　　　　　　　Fax: (215) 572-5025
　　　　　　　　　　Counsel for Movant

Date:　04/10/2018

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Nathan J Brown<br>     Debtor<br>-----------------------------------------------<br>U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-ABF1, Mortgage Pass-Through Certificates, Series 2003-ABF1<br>          Movant<br>v.<br>Nathan J Brown<br>          Respondent<br><br>Frederick L. Reigle, Trustee<br>          Additional Respondent | Case Number: 15-17749-sr<br><br>CHAPTER: 13 |

**CERTIFICATE OF SERVICE**

I, Christopher M. McMonagle, hereby certify that a true and correct copy of the within Praecipe to Withdraw Notice of Payment Change of U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-ABF1, Mortgage Pass-Through Certificates, Series 2003-ABF1, together with this Certificate, was sent to the Debtor, Debtor's Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on 04/10/2018, via First Class Mail or electronic notification.

| | | |
|---|---|---|
| David M. Offen<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106<br>ecfemails@ph13trustee.com<br>*Attorney for Debtor* | Frederick L. Reigle<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606<br>ecfmail@fredreiglech13.com<br>*Chapter13 Trustee* | U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107<br>USTPRegion03.PH.ECF@usdoj.gov<br>*U.S. Trustee* |

and by standard first class mail postage prepaid to:

Nathan J Brown
3825 N. 8th Street
Philadelphia, PA 19140
*Debtor(s)*

Dated this 10th day of April, 2018.

By:    Respectfully submitted:
/s/ Christopher M. McMonagle, Esquire
Christopher M. McMonagle, Bar No: 316043
Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
Warrington, PA 18976
cmcmonagle@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant