| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 15-17749-AMC

| | |
|---|---|
| NATHAN J BROWN | Petition Filed Date: 10/29/2015 |
| 3825 N. 8TH STREET | 341 Hearing Date: 02/19/2016 |
| PHILADELPHIA  PA    19140 | Confirmation Date: 06/29/2016 |

Case Status: Completed on 7/29/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $798.00 | 25254263654 | 02/01/2019 | $798.00 | 24510586375 | 03/12/2019 | $798.00 | 25664826442 |
| 04/03/2019 | $798.00 | 25664834698 | 05/01/2019 | $798.00 | 25842962608 | 06/04/2019 | $798.00 | 25967920893 |
| 07/08/2019 | $798.00 | 25664882376 | 07/31/2019 | $798.00 | 26127682097 | 09/05/2019 | $798.00 | 26014201841 |
| 10/02/2019 | $798.00 | 26073599040 | 11/01/2019 | $798.00 | 26105932890 | 12/02/2019 | $798.00 | 26276425468 |
| 01/02/2020 | $798.00 | 26179163796 | 01/31/2020 | $798.00 | 26105943442 | 03/04/2020 | $798.00 | 26425109788 |
| 04/01/2020 | $798.00 | 26346324093 | 04/29/2020 | $798.00 | 26346341070 | 05/28/2020 | $798.00 | 26559981178 |
| 07/01/2020 | $798.00 | 26559993183 | 07/29/2020 | $798.00 | 26801559516 | | | |

**Total Receipts for the Period: $15,960.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $43,892.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | UNITED STATES TREASURY (IRS)<br>»» 001 | Unsecured Creditors | $798.17 | $716.93 | $81.24 |
| 2 | SELECT PORTFOLIO SERVICING INC<br>»» 002 | Secured Creditors | $35,572.75 | $35,572.75 | $0.00 |
| 3 | DAVID M OFFEN ESQUIRE<br>»» 003 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

Chapter 13 Case No. 15-17749-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,892.00 | Current Monthly Payment: | $779.00 |
| Paid to Claims: | $39,289.68 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,884.12 | Total Plan Base: | $44,726.00 |
| Funds on Hand: | $718.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.