United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nathan J Brown  
    Debtor(s)

Case No. 15-17749-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR     Page 1 of 2  
Date Rcvd: Oct 19, 2020     Form ID: 138NEW     Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathan J Brown, 3825 N. 8th Street, Philadelphia, PA 19140-3222 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | U.S. Bank, National Association, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 13622794 | + | Intrst Ctc, 21 West Fornance S, Norristown, PA 19401-3300 |
| 13622795 | | Medical Data Systems, Gadsden, AL 35901 |
| 13622796 | + | Medical Data Systems I, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 13920988 | + | U.S. Bank, National Association, as Tru, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 20 2020 02:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2020 02:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 20 2020 02:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13622789 | | Email/Text: bkrpt@retrievalmasters.com | Oct 20 2020 02:05:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 13622790 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 20 2020 02:06:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 13622793 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2020 02:05:00 | Department of the Treasury, Internal Revenue Service, Andover, MA 01810-9041 |
| 13622792 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 20 2020 02:18:07 | Chase, OH4-7399, P.O. Box 182613, Columbus, OH 43218 |
| 13622797 | | Email/Text: megan.harper@phila.gov | Oct 20 2020 02:05:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13622791 | *+ | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: SaraR | Page 2 of 2
Date Rcvd: Oct 19, 2020 | Form ID: 138NEW | Total Noticed: 15

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2020              Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:

**Name**          **Email Address**

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor U.S. Bank  National Association cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

DAVID M. OFFEN
    on behalf of Debtor Nathan J Brown dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JOSHUA I. GOLDMAN
    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association as Trustee for Bear Ste Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association as Trustee for Bear Ste tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Nathan J Brown
    Debtor(s)

Bankruptcy No: 15−17749−amc
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 10/19/20

49 − 47
Form 138_new